# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| LARRY SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY<br><br>    Defendants. | Case No.: 2:19-cv-03668 |

## ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Now before the Court is an Unopposed Motion for Substutition of Party. (ECF No. 8.) Having considered the arguments, and for good cause shown, the Court **GRANTS** this Motion and substitutes Frances Elizabeth Smith, as Executrix of the Estate of Larry Smith, as Plaintiff.

**IT IS SO ORDERED**.


Date: 3/8/2021　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
　　　　　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1